RECEIVED

JAN - 6 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| JERRY D. HAMBY, ET AL. | MISC. CASE NO. 16-mc-95 |
| VERSUS | JUDGE DOHERTY |
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, ET AL | MAGISTRATE JUDGE HANNA |

## JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve Settlement of Jerry D. Hamby, as Administrator and Derivative Claimant; and Jerry Hamby, Leah Hamilton, and Braxton Senavinin, as Derivative Claimants, for the estate of Glenda Leigh Hamby, is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 6 day of January, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE